UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **GEORGE F. ALDRIDGE, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00259-SNLJ |
| | ) |
| **NINA HILL,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff George Aldridge's motions for subpoena duces tecum, ECF #67, 68. Those motions are **DENIED**.

Plaintiff continues to file new subpoena motions piecemeal, some seeking information redundant to that which this Court has already considered and granted in its prior orders. As part of this Court's earlier consideration of plaintiff's subpoena motions, the Court explained to plaintiff that he must complete the subpoena forms provided to him and send them back to the Court for review, approval, and forwarding to the U.S. Marshall for service. Accordingly, rather than continue to file additional motions, plaintiff should fill out the subpoena forms with any information he seeks from third parties—to include those topics already approved in this Court's prior Order, ECF #63. Plaintiff is reminded that any information sought must be relevant and proportionate, *see* ECF #56, n. 1. Plaintiff is further reminded that the discovery deadline is October 19, 2020.

Accordingly,

1

**IT IS HEREBY ORDERED** that plaintiff George Aldridge's motions for subpoena duces tecum (ECF #67, 68) are **DENIED**.

So ordered this 5th day of October 2020.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE