UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **GEORGE F. ALDRIDGE, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00259-SNLJ |
| | ) |
| **NINA HILL,** | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner in the Missouri Department of Corrections ("MDOC"), filed this lawsuit under 42 U.S.C. § 1983 alleging violations of his constitutional rights pertaining to medical care he received from defendant Hill.

Currently before the Court is plaintiff's "motion for emergency injunction: motion for extension of time to rebut Doc. 129, 130, and 131; motion for copies of documents 129, 130, and 131, and 132."

Plaintiff states that the staff where he is incarcerated, South Central Correctional Center ("SCCC") removed all of his legal materials and never returned it. He states he cannot rebut documents 129, 130, 131, and 132 without his legal materials and asks for an order commanded the Warden to return his legal materials and an extension of time in which to respond to the four documents.

First, documents 129-132 are defendant's responses to plaintiff's motions for contempt [#124], in camera review [#125], and motion to compel [#128]. Those motions were ruled upon and denied by this Court's order dated August 17, 2021 [#135].

1

Critically, the motions were frivolous and repetitive of the documents plaintiff has been repeatedly filing in this lawsuit. There is no need for plaintiff to file reply memoranda.

Second, the warden of SCCC is not a party before the Court. To the extent plaintiff seeks an order commanding the warden or any other correctional employee to do anything, plaintiff must file a separate lawsuit and exhaust his administrative remedies appropriately. It does not appear plaintiff has filed any Informal Resolution Requests or otherwise attempted to allow the institution to remedy plaintiff's problems.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for emergency injunction and extension [#136] is DENIED.

So ordered this 20th day of August, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE