UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **GEORGE F. ALDRIDGE, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00259-SNLJ |
| | ) |
| **NINA HILL,** | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Currently before the Court are plaintiff's motions to enforce a nearly year-old subpoena and for abeyance of his case in the meantime. [#139, #140.] The Court ordered defendant and third-party Anne Precythe to respond to plaintiff's allegations regarding the withholding of plaintiff's legal materials with the aim of learning when plaintiff would have access to his legal materials. Both promptly filed responses. [#142, #144.] In light of those filings, plaintiff's motions will be denied.

This Court has repeatedly addressed plaintiff's arguments in favor of requiring further response to his subpoenas. The Court will again deny the motion to enforce.

As for plaintiff's contention that legal documents are being wrongfully withheld, the record reflects that plaintiff is given access to all of his legal materials and is permitted to take one cubic foot of materials to his cell. When faced with the decision regarding which documents to take to his cell, however, plaintiff has chosen not to take any documents at all. Plaintiff is thus in a crisis of his own creation.

1

Plaintiff will be given one last opportunity to file a response to defendant's motion for summary judgment. If plaintiff chooses not to take that opportunity, this Court will rule on the motion without plaintiff's response.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions [#139; #140] are DENIED.

**IT IS FURTHER ORDERED** that plaintiff shall have until October 15, 2021 by which to respond to defendant's motion for summary judgment.

So ordered this 28th day of September, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE