UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **GEORGE F. ALDRIDGE, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00259-SNLJ |
| | ) |
| **NINA HILL,** | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Currently before the Court is plaintiff's motion for Court order for removing all liens from plaintiff's prison account because a final payment was made and accepted by the Court. [Doc. 160.]

Plaintiff asserts that his attorney paid the filing fees remaining in his pending lawsuits with case numbers 1:15-cv-159, 1:18-cv-259, and 1:18-cv-260.  Plaintiff's own documents show that his counsel did pay the outstanding fees for cases 1:15-cv-159 and 1:18-cv-259, totaling $694.90, according to Exhibit F to his motion [Doc. 160 at 8]. However, plaintiff's counsel apparently inquired only about those two cases and did not inquire about Case Number 1:18-cv-260, for which there is still a balance due of $348.30. Notably, plaintiff's Exhibit F does not show any payment made for the balance due on that case.

Regardless, plaintiff's motion is moot as to this case, No. 1:18-cv-259, because the lien for this case has already been removed.

Accordingly,

1

2

**IT IS HEREBY ORDERED** that plaintiff's motion [Doc. 160] is DENIED as moot.

So ordered this 19th day of November, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE