UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **GEORGE F. ALDRIDGE, JR.,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 1:18-cv-00259-SNLJ |
| **NINA HILL,** | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on two motions. First, third party Anne Presythe moves for continued sealing of certain documents [#178] in accordance with Missouri statutes regarding the confidentiality of an offender's medical history. *See Leritz v. Koehr*, 844 S.W.2d 583, 584 (Mo. App. 1993); *see also* § 217.075.1(1) RSMO. That motion [Doc. 178] is hereby GRANTED.

Second, plaintiff sent a letter to the Clerk's office requesting that an unredacted copy of Doc. 145 be mailed to him. The Court construed the letter as a motion. [Doc. 193.] The redactions on that document pertain to the plaintiff's medical history. The motion [Doc. 193] is hereby GRANTED.

So ordered this 4th day of August, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1