# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| GEORGE F. ALDRIDGE, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-CV-259-SNLJ |
| NINA HILL, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This case is before the Court on plaintiff's motion to reopen the time period for him to file an appeal under Federal Rule of Civil Procedure 4(a)(6).  [Doc. 197.]  However, on May 9, 2022, the Court of Appeals issued the following judgment:  "The court has carefully reviewed the original file of the United State District Court and orders that this appeal be dismissed for lack of jurisdiction as it is untimely."  [Doc. 191.]

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to reopen the appeals window [Doc. 197] is DENIED.

Dated this 4th day of November, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE